568 A.2d 924

**COMMONWEALTH of Pennsylvania**

v.

**Joseph LATTERA, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 1, 1989.

## ORDER

PER CURIAM.

The petition for allowance of appeal is hereby granted. The order of the Superior Court at No. 120 Philadelphia 1988 (filed February 21, 1989) is reversed and the matter is remanded to that court for disposition of the merits raised in this appeal.